IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMIRMAMAD ALIDODOV      :      CIVIL ACTION

         : 

      v.          : 

         : 

J. L. JAMISON, Warden, FDC Philadelphia    : 

in his official capacity, ET AL.      :      NO. 26-2021

## ORDER

**AND NOW**, this 12th day of May, 2026, the Government having certified its compliance with Paragraph 3 of our Order dated April 7, 2026 (see Docket Nos. 8, 9), **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.